UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

Plaintiff,

v.  No. 2:98-cv-61-D-B

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 4.8 ACRES OF LAND, MORE
OR LESS, IN PANOLA COUNTY,
MISSISSIPPI; et al,

Defendants.

**FINAL JUDGMENT AND ORDER DISBURSING FUNDS AND ACCRUED INTEREST**

On November 27, 2000, the Court entered a Judgment in this matter, finding that the sum of $8,600 constituted just compensation for the taking of the subject easements and rights-of-way. The Court further ordered that the Clerk of Court was to invest the subject compensation in an interest-bearing account for the remaining lifetime of the subject Defendants, and to disburse the interest to those Defendants, while maintaining the underlying funds in the Court's registry. Finally, the Court ordered that "[u]pon the termination of each of the life estates . . . the [subject] principal and any undisbursed interest . . . shall be disbursed to the appropriate persons by further order of this Court" and that this matter would remain open until the subject life estates were terminated. The Court has now been reliably informed that both of the subject life estates have been terminated. Accordingly, the Court hereby orders that the principal and any undisbursed, earned interest in the respective accounts shall be disbursed to the appropriate persons.

THEREFORE, it is hereby ORDERED that the subject principal and any and all accrued undisbursed interest shall be DISBURSED to the appropriate respective persons, the relevant automatic stay is WAIVED, and this case is CLOSED.

SO ORDERED, on this the 25th day of October, 2022.

/s/ Glen H. Davidson

SENIOR U.S. DISTRICT JUDGE